■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABNER BAYON, Appellant. [941 NYS2d 855]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Konviser, J.), rendered February 27, 2009, convicting him of gang assault in the first degree, burglary in the first degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting his convictions of gang assault in the first degree and burglary in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Finger*, 95 NY2d 894, 895 [2000]; *People v Gray*, 86 NY2d 10, 19-21 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt as to the two above-mentioned crimes was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Mastro, A.P.J., Hall, Lott and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CORSE, Also Known as ERIK CORSE, Appellant. [941 NYS2d 890]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 25, 2010 (*People v Corse*, 73 AD3d 1208 [2010]), affirming a judgment of the County Court, Nassau County, rendered June 30, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Florio and Austin, JJ., concur.